UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF13210 (rev 02/2017)

In re:

**David W Spears**,
SSN: xxx–xx–6906     EIN: NA
    412 Lake Ridge Drive
    Henryville, IN 47126

**Stephanie M Spears**,
SSN: xxx–xx–1628     EIN: NA
    aka Stephanie M Eberie, aka Stephanie Marie Spears
    412 Lake Ridge Drive
    Henryville, IN 47126
       Debtors.

Case No. **17–91019–BHL–13**

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on November 14, 2017, by Debtor David W Spears and Joint Debtor Stephanie M Spears. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by December 14, 2017, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  November 16, 2017                Kevin P. Dempsey
                                                   Clerk, U.S. Bankruptcy Court